UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Estate of Michael Arnone | : | Civil Action No. 07-81 (FLW) |
| Plaintiff, | : | |
| v. | : | |
| | : | **ORDER** |
| Tony Testa, et al. | : | |
| Defendants. | : | |

RECEIVED
FEB 17 2009
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

On this 17 day of February, 2009, this matter having come before the Court by agreement of the parties, IT IS HEREBY ORDERED that:

1. The provisions of the Order entered in this matter on November 19, 2008 dismissing this action, without costs and without prejudice, as previously amended, are incorporated herein by reference and, except as amended below, remain in effect.

2. The right, upon good cause shown, to reopen this action if the parties' settlement is not consummated, is hereby extended through and including March 19, 2009.

Hon. Freda L. Wolfson, U.S.D.J.